Eric V. SHELBY, Petitioner–Appellant,

v.

Jean HILL, Respondent–Appellee.

No. 05–35899.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 5, 2007 *.

Filed Feb. 22, 2007.

Anthony David Bornstein, Esq., Federal Public Defender's Office, Portland, OR, for Petitioner–Appellant.

Carolyn Alexander, Esq., Attorney General Office of Oregon, Salem, OR, for Respondent–Appellee.

Before: D.W. NELSON, KLEINFELD, and BYBEE, Circuit Judges.

MEMORANDUM **

Under Oregon law, the state parole board had the statutory authority to mandate pre-parole psychological testing *before* the promulgation of the regulations from which Shelby seeks exemption.[1] Since the Oregon statute was in force prior to Shelby's crimes, its enforcement cannot present an ex post facto problem.

Moreover, the contested regulations were also enacted prior to Shelby's refusal to participate in psychological testing, so their enforcement would not run afoul of the ex post facto clause.[2]

Shelby's request for a federal evidentiary hearing is without merit.[3] Shelby had an opportunity to develop the facts of this claim in state court in opposition to the state's motion to dismiss, and he did not at that time submit any evidence.

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

1. *See* Or.Rev.Stat. § 144.223(1) (enacted 1977); *Gholston v. Palmateer,* 183 Or.App. 7, 51 P.3d 617, 618 (2002).

2. *See Hunter v. Ayers,* 336 F.3d 1007 (9th Cir.2003).

